| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Collyer, Rosemary M | 2. Court or Organization<br><br>District Court - Washington DC | 3. Date of Report<br><br>05/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Ct. Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>E Barrett Prettyman Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 16 A 10: 03
FINANCIAL DISCLOSURE OFFICE
RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | National Human Services Assembly - Consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Human Services Assembly | Throughout 2007 | U.S. business travel | | Reimbursement to ▇ for business travel (airline, lodging & meals) |
| 2. | Denison University | Throughout 2007 | To/from Granville Ohio | Alumni affairs | Reimbursement to ▇ for alumni business travel (airline, lodging & meals) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.   - BRKA - Common Class A | | None | N | T | | | | | |
| 3.   - GE - Common | B | Dividend | K | T | | | | | |
| 4.   - MDCI - Common | | None | | | Sell | 7/5 | K | E | |
| 5.   - MSFT - Common | A | Dividend | K | T | | | | | |
| 6.   - Balto MD Const Pub Imp Muni Bonds | A | Interest | K | T | | | | | |
| 7.   - Schwab Cash Equivalent Accounts | D | Int./Div. | L | T | | | | | |
| 8.   - CDE - Common | | None | | | Sell | 1/22 | K | A | |
| 9.   - DVY - ETF | B | Dividend | K | T | | | | | |
| 10. | | | | | Buy | 3/2 | K | | |
| 11.   - T - Common | B | Dividend | K | T | Partial Sale | 4/17 | K | D | |
| 12.   - IYK - ETF | A | Dividend | | | Sell | 4/11 | L | C | |
| 13.   - DOO - ETF | C | Dividend | L | T | | | | | |
| 14.   - DNL - ETF | B | Dividend | K | T | | | | | |
| 15.   - TRID - Common | | None | | | Sell | 12/20 | J | A | |
| 16.   - Anne Arundel County, MD Muni Bonds | B | Interest | K | T | | | | | |
| 17.   - Baltimore, MD Proj Muni Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Maryland State Muni Bonds | B | Interest | L | T | | | | | |
| 19.   - WM - Common | B | Dividend | | | Buy | 4/12 | K | | |
| 20. | | | | | Sell | 8/17 | K | A | |
| 21.   - C - Common | B | Dividend | K | T | Buy | 4/16 | K | | |
| 22.   - DTH - ETF | C | Dividend | L | T | Buy | 4/18 | L | | |
| 23.   - SPPI - Common | | None | | | Buy | 4/30 | K | | |
| 24. | | | | | Sell | 7/23 | K | A | |
| 25.   - SNUS - Common | | None | | | Buy | 5/3 | M | | |
| 26. | | | | | Partial Sale | 5/23 | K | B | |
| 27. | | | | | Sale | 7/23 | L | A | |
| 28.   - SNUS - Call Option Nov07 5 | | None | | | Sell Short | 5/3 | K | | |
| 29. | | | | | Buy to Close | 7/23 | K | D | |
| 30.   - SNUS - Call Option Jan08 7.5 | | None | | | Sell Short | 5/15 | J | | |
| 31. | | | | | Buy to Close | 7/23 | J | C | |
| 32.   - TRID - Call Option Oct07 22.5 | | None | | | Sell Short | 5/25 | J | | |
| 33. | | | | | Expired | 10/20 | J | B | |
| 34.   - WB - Common | B | Dividend | K | T | Buy | 7/5 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - KMP - Common | A | Distribution | L | T | Buy | 9/19 | L | | |
| 36.  - CLMT - Common | | None | K | T | Buy | 11/20 | K | | |
| 37. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 38.  - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 39.  - BRKB - Common Class B | | | | | Partial Sale | 12/31 | K | E | |
| 40.  - UST Inflation Index Notes 3.375% TIPS | | | | | | | | | |
| 41.  - UST Inflation Index Notes 3.625% TIPS | | | | | | | | | |
| 42.  - GNVC - Common | | | | | Sell | 2/15 | K | E | |
| 43.  - IYE - ETF | | | | | | | | | |
| 44.  - SNUS - Common | | | | | Partial Sale | 7/3 | K | D | |
| 45. | | | | | Sale | 7/5 | K | A | |
| 46.  - UST - Common | | | | | Sell | 6/19 | K | D | |
| 47.  - DNDN - Common | | | | | Sell | 2/19 | K | A | |
| 48.  - PWEI - Common | | | | | Sell | 6/15 | K | A | |
| 49.  - NUE - Common | | | | | | | | | |
| 50.  - BWLD - Common | | | | | Partial Sale | 7/5 | K | E | |
| 51.  - CXM - Common (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 1/3 | J | | |
| 53. | | | | | Buy | 1/12 | K | | |
| 54.    - LRCX - Common | | | | | Buy | 1/2 | K | | |
| 55. | | | | | Sell | 1/19 | K | A | |
| 56.    - GS - Common | | | | | Buy | 3/2 | K | | |
| 57. | | | | | Buy | 4/13 | K | | |
| 58.    - FCX - Common | | | | | Buy | 3/19 | K | | |
| 59. | | | | | Partial Sale | 9/26 | K | D | |
| 60.    - FCX - Call Option Jan08 120 | | | | | Sell Short | 10/10 | J | | |
| 61.    - GNVC - Common | | | | | Buy | 4/2 | K | | |
| 62. | | | | | Partial Sale | 4/9 | J | A | |
| 63. | | | | | Sale | 4/12 | K | C | |
| 64.    - IWF - ETF | | | | | Buy | 9/19 | L | | |
| 65.    - HAL - Common | | | | | Buy | 9/19 | L | | |
| 66.    - STX - ADR | | | | | Buy | 9/21 | K | | |
| 67.    - IXN - ETF | | | | | Buy | 11/20 | K | | |
| 68.    - Marsico Growth Fund (MGRIX) | | | | | Buy | 10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   IRA #2 | D | Int./Div. | N | T | | | | | |
| 70.   - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 71.   - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 72.   - GNVC - Common | | | | | Partial Sale | 2/28 | K | E | |
| 73.   - DCEL - Common | | | | | Sell | 11/16 | L | F | |
| 74.   - TEVA - ADR | | | | | | | | | |
| 75.   - BCRX - Common | | | | | | | | | |
| 76.   - ALKS - Common | | | | | | | | | |
| 77.   - PMTI - Common | | | | | | | | | |
| 78.   - PMTI - Call Option Feb07 55 | | | | | Expired | 2/16 | J | C | |
| 79.   - CAB - Common | | | | | Sell | 12/28 | K | A | |
| 80.   - HLF - Common | | | | | | | | | |
| 81.   - KONG - ADR | | | | | | | | | |
| 82.   - PIMCO Commodity Real Return Strategy Class D - Mutual Fund | | | | | Sell | 4/9 | L | B | |
| 83.   - GFI - ADR | | | | | Buy | 3/2 | K | | |
| 84. | | | | | Buy | 7/5 | K | | |
| 85. | | | | | Sell | 9/21 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - CQP - Common | | | | | Buy | 4/2 | K | | |
| 87.   - ILE - Common | | | | | Buy | 4/13 | K | | |
| 88.   - ILE - Call Option Sep07 5 | | | | | Sell Short | 4/13 | J | | |
| 89. | | | | | Expired | 9/22 | J | D | |
| 90.   - ALKS - Call Option Nov07 17.5 | | | | | Sell Short | 9/26 | J | | |
| 91. | | | | | Expired | 11/16 | J | C | |
| 92.   - KONG - Call Option Dec07 7.5 | | | | | Sell Short | 10/3 | J | | |
| 93. | | | | | Expired | 12/21 | J | D | |
| 94.   QUALIFIED RETIREMENT PLAN #2 | A | Int./Div. | M | T | | | | | |
| 95.   - BRKB - Common Class B | | | | | | | | | |
| 96.   - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 97.   - BAS - Common | | | | | | | | | |
| 98.   - BCRX - Common | | | | | Buy | 3/27 | K | | |
| 99.   - SPPI - Common | | | | | Buy | 7/26 | K | | |
| 100.  Merrill Lynch Account | A | Interest | K | T | | | | | |
| 101.  Citibank Account | A | Interest | J | T | | | | | |
| 102.  Trust #1 | | UnfundedTrst | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

(a) Line 51 (CXM Common) refers to Cardium Therapeutics which traded in 2006 under the symbol CDTP.

(b) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks).

(c) Lines 7, 38, 70 and 96 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, and/or Schwab Cash Reserves. They are aggregated here per the 2007 Filing Instructions (page 37). These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. Reporting all deposits/withdrawals to/from these accounts is impractical; the income received and ending values are shown as required in the non-retirement plan account (line 7).

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/10/2008 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544